I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/18/2011

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA, | Case No. EDCV 09-1296-SVW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| FRANCISCO JACQUEZ, | |
| Respondent. | |

In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 12, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1